# COMPLAINT FORM

### (for non-prisoner filers without lawyers)

**FILED**
SEP 1 2 2016
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

### IN THE UNITED STATES DISTRICT COURT
FOR THE <u>Southern</u>      DISTRICT OF <u>Indiana</u>

(Full name of plaintiff(s))

<u>Peter Odongo</u>

**1 16-cv-2422 SEB -TAB**

vs

Case Number:

(Full name of defendant(s))

<u>Ceva</u>

_____
(to be supplied by clerk of court)

## A.    PARTIES

1.    Plaintiff is a citizen of _____<u>Uganda</u>_____ and resides at
(State)

<u>6010 Lakeview Dr, APT G, Indianapolis, IN 46224</u>
(Address)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant <u>Ceva</u>
(Name)


SCANNED

Complaint – 1

is (if a person or private corporation) a citizen of  Indiana _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

The plaintiff working for the defendant Ceva, on or about April 8, 2016, was wrongfully terminated from his job after three weeks. The defendant Ceva subject the plaintiff to discriminate, unequal and unlawful employment practices of giving the plaintiff more difficult jobs and without fair opportunities to succeed than one of the coworker on the same work station job, making the plaintiff's work performance rate seem slow, and which gave the Ceva Supervisor the conspired premeditated reason to wrongfully terminate the plaintiff's job. Ceva like other employers tried to create norms on the plaintiff of unlawful employment practices, which also imposed bad standings with the plaintiff's temporary employment agency limiting job qualifications for employment. The plaintiff places the Ceva Supervisor responsible for the unequal and unlawful

employment practices and conducts, because the Ceva Supervisor and team leader consistently witnessed and ignored the unequal and unlawful employment opportunity practices. The defendants practices are violations of Title VII of the Civil Rights Act of 1964, on definite patterns of retaliation of opposing an unlawful employment practice and national origins discrimination practices.

C.    JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want my relief to be of both compensatory and punitive damages for the defendant's

workplace violations on the plaintiff's equal employment opportunity rights, under Title

VII of the Civil Rights Act of 1964 on discrimination of a protected class of national

origins, and retaliation for opposing unlawful employment practice.

E.    JURY DEMAND

☐    Jury Demand - I want a jury to hear my case
                        OR

☑    Court Trial – I want a judge to hear my case

Dated this __12__ day of __September__ 20_16_.

Respectfully Submitted,

_____
Signature of Plaintiff

(317)496-1087
Plaintiff's Telephone Number

Ptrodongo@gmail.com
Plaintiff's Email Address

6010 Lakeview Dr, APT G, Indianapolis, IN 46224

_____

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5